# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2014

## NO. 03-12-00760-CV

**Winnebago Industries, Inc., Appellant**

**v.**

**Texas Department of Motor Vehicles, Motor Vehicle Division, Appellee**

**DIRECT APPEAL FROM THE MOTOR VEHICLE DIVISION OF THE
TEXAS DEPARTMENT OF MOTOR VEHICLES
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
ORDER OF THE MOTOR VEHICLE DIVISION OF THE
TEXAS DEPARTMENT OF MOTOR VEHICLES
REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is a direct appeal for judicial review in this Court of a final order issued by the Motor Vehicle Division of the Texas Department of Motor Vehicles. The order signed by the Motor Vehicle Division of the Texas Department of Motor Vehicles was signed on September 4, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the Motor Vehicle Division of the Texas Department of Motor Vehicles for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.